UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet
for the Honorable Fernando J. Gaitan, Jr., Chief U. S. District Judge, Kansas City, MO

UNITED STATES OF AMERICA	Case No:   4:09-cr-00296-FJG-6
vs.
NICHOLAS E. DONKERSLOOT	Date: 08/04/10

Plaintiff Counsel	Defendant Counsel
Jeffrey Valenti, AUSA	Charles Rogers

Time Commenced:   10:32 am/ Time Terminated: 11:01  am    **TOTAL TIME**:  29 minutes

Attorney conference in chambers - 10:32 a.m.  Parties appear for hearing.  Defendant sworn. Court notes government's motion regarding sentence to be imposed (and sentencing memos filed by parties) - granted.  Court denies defendant's objections to PSIR re: minimal role and criminal history and adopts the guideline provisions w/o change.  Counsel make statements regarding sentence to be imposed.  Defendant makes statement and allocution granted.

The Defendant is sentenced to Count_1_ .
**PROBATION: 5 years w/1000 hours community service.**
**FINE:** fine waived.
**SPECIAL ASSESSMENT:**  $100.00 due immediately.
**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:** see J&C.

The denial of federal benefits IS NOT ordered.


Court Reporter/ERO - Gayle Wambolt	Rhonda Enss, Courtroom Deputy